UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID RAFAEL ANDERSON, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3700** |
| **ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA** | **SECTION: "J"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this  29th  day of  October , 2009.

_____
United States District Judge